UNITED STATES of America,
Plaintiff-Appellee,

v.

Charles Thomas CZAPLICKI, Defendant-
Appellant.

UNITED STATES of America,
Plaintiff-Appellee,

v.

Thomas Randolph WALLIS, Defendant-
Appellant.

Nos. 71–1337, 71–1338.

United States Court of Appeals,
Ninth Circuit.

July 22, 1971.

Philip A. DeMassa, San Diego, Cal.,
for defendants-appellants.

Harry D. Steward, U. S. Atty., Robert
H. Filsinger, Chief, Crim. Div., Shelby R.
Gott, Asst. U. S. Atty., San Diego, Cal.,
for plaintiff-appellee.

Before KOELSCH, BROWNING and
DUNIWAY, Circuit Judges.

PER CURIAM:

Charles Thomas Czaplicki and Thomas
Randolph Wallis were jointly tried and
each was found guilty, by a jury, of vari-
ous violations of 26 U.S.C. § 176a. Their
appeals from the judgments, rendered on
the respective verdicts, were consoli-
dated. We conclude that both judgments
should be affirmed.

■ Since no motion for acquittal
was made in the trial court, neither ap-
pellant is now entitled to urge that the
evidence is insufficient to support the
verdict against him [Grant v. United
States, 291 F.2d 746 (9th Cir. 1961),
cert. denied 368 U.S. 999, 82 S.Ct. 627,
7 L.Ed.2d 537]; however, we have never-
theless reviewed the record and find in
it ample proof tending to establish that
the defendants were individually guilty
of the respective crimes of which they
were convicted.

■ Although the prosecution should
not have sought to use as exemplars two
illegally seized credit card invoices
signed by Wallis, the error was harm-
less: not only did the court, on objec-
tion made, order the writings suppressed
and admonish the jury to disregard all
reference to them, but Wallis himself
thereafter testified on direct examina-
tion that he had in fact signed the in-
strument in question.

Judgments affirmed.